1  **Robert Stempler**, Cal. Bar No. 160299
   Email: StemplerLaw@Gmail.com
2  CONSUMER AND TAX LAW OFFICE OF
   ROBERT STEMPLER, APLC
3  3400 Inland Empire Boulevard, Suite 101
   Ontario, California 91764-5577
4  Telephone (909) 972-6841
   Facsimile (909) 433-2132

5
   **O. Randolph Bragg**, Attorney Admitted *Pro Hac Vice*
6  Email: Rand@HorwitzLaw.com
   HORWITZ, HORWITZ & ASSOC.
7  25 E. Washington St., Suite 900
   Chicago, Illinois 60602
8  Telephone (312) 372-8822
   Facsimile (312) 372-1673
9
   Co-Counsel for Plaintiff PHILIP RANNIS and the Class
10

11                 UNITED STATES DISTRICT COURT

12      CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

13

14  PHILIP RANNIS,                    )   Case No.  EDCV-06-373-AG (JCx)
    on behalf of himself and all      )
15  others similarly situated,        )
                                      )   ORDER GRANTING FINAL
16           Plaintiff,               )   APPROVAL OF CLASS SETTLEMENT
                                      )
17      vs.                           )
                                      )
18  FAIR CREDIT LAWYERS,              )
    INC.; PETER L. RECCHIA;           )
19  and DOES 1 to 10;                 )
                                      )
20           Defendants.              )
                                      )
21  _____   )

22

23       This matter comes before the Court on Plaintiff's Motion for Approval of

24  the Class Action Settlement Agreement.  The Court being fully advised in the

25  premises of the proposed Class Settlement,

26           A.     Plaintiff Philip Rannis and Defendants Peter L. Recchia and

27  Fair Credit Lawyers, Inc. have entered into a Class Action Settlement Agreement

28  ("Settlement Agreement"), a copy of which is attached hereto, as Exhibit A.

                                    - 1 -

B.     The Settlement Agreement has been submitted to the Court for approval pursuant to Rule 23(e) of the Federal Rules of Civil Procedure.

C.     Pursuant to the Settlement Agreement, defendant Peter L. Recchia will pay $600 as damages to each of the 20 members of the Class, which sum shall be deposited with the Class Administrator.  Any amount  from this pool of money that is not distributed to class members (e.g. – because they cannot be located or failed to deposit their check from the Class Administrator) shall be distributed by the Class Administrator to the National Consumer Law Center, in Boston, Massachusetts, as "cy pres."

D.     Pursuant to the Settlement Agreement defendant Peter L. Recchia will pay $5,000 to plaintiff class representative Philip Rannis.

E.     Pursuant to the Settlement Agreement reasonable attorneys' fees and costs shall be determined by the Court.

F.     Defendant Peter L. Recchia reserves the right to appeal issues of liability and attorneys fees and costs.

G.     The Final Fairness Hearing was held before the undersigned on October 27, 2008 at the Santa Ana Federal Courthouse.

H.     Thirty-one persons have opted out of the entire Class of 51 persons who were given notice of the Class Settlement.  One objection to the Class Action Settlement Agreement was made.

IT IS HEREBY ORDERED THAT:

1.     The Settlement Agreement is hereby approved.  The Court finds the settlement negotiations were conducted at arms-length and in good faith among counsel for plaintiff and defendant and that the terms of the Settlement Agreement are fair, reasonable and adequate to plaintiff and all class members.  In addition to the other factors stated herein, the Court finds the Settlement Agreement to be

particularly fair, adequate, and reasonable in light of the risk of establishing

liability and damages, and the expense of further litigation.

2.     Plaintiff Philip Rannis and the Class Members who have not opted

out of the class and identified above are forever barred and enjoined from

initiating or further prosecuting in any forum whatsoever, including but not

limited to any Federal, State, or Foreign Court against defendant, its past or

present parents, affiliates, subsidiaries, successors, and assigns, and its respective

present or former directors, officers, employees or agents, any and all claims that

were asserted in this lawsuit.  Defendant shall be barred identically from pursuing

any claims for relief against plaintiff Philip Rannis or members of the Class arising

out of their claims asserted here against defendant.

3.     The Bill of Costs entered by the Clerk of the Court on March 12,

2007 (Doc. No. 84) in favor of Defendant Fair Credit Lawyers, Inc. against

Plaintiff Philip Rannis is vacated and shall have no force or effect.

4.     Defendant Peter L. Recchia shall pay $600 as damages to each of the

20 members of the Class, which sum shall be deposited with the Class

Administrator.  Any funds from this pool of money that is not distributed to class

members (e.g. – because they cannot be located or failed to deposit their check

from the Class Administrator) shall be distributed by the Class Administrator to

the National Consumer Law Center, in Boston, Massachusetts, as "cy pres."

5.     Defendant Peter L. Recchia will pay $5,000 to Plaintiff class

representative Philip Rannis.

6.     Plaintiff's Counsel shall, no later than 30 days of entry of this Order,

file a motion for an award of reasonable attorneys' fees and expenses, which will

be determined by the Court.

7.     Plaintiff's Counsel shall, no later than 30 days of entry of this Order,

file a Bill of Costs, which will be determined by the Clerk of the Court, or by the

Court, if a party timely objects or files a motion to retax costs.

1    8.    Defendant Peter L. Recchia shall file any appeal regarding issues of

2  liability within 30 days of the date of this Order.  Defendant may timely appeal

3  any award of attorneys' fees and costs.

4

5  IT IS SO ORDERED.

6

7  Dated:                    _____

8                            ANDREW J. GUILFORD
                             UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>Philip Rannis v. Fair Credit Lawyers, Inc. and Peter Recchia</u>
Case No. EDCV-06-373-AG (JCx)

**Exhibit A**

CERTIFIED COPY

1

2

3                       UNITED STATES DISTRICT COURT
                        CENTRAL DISTRICT OF CALIFORNIA
4
                             WESTERN DIVISION
5

6    PHILIP RANNIS, ON BEHALF OF   )
     HIMSELF AND ALL OTHERS        )
7    SIMILARLY SITUATED,           )
                                   )
8            PLAINTIFF,            )
                                   )
9            VS.                    )    CASE ED CV 06-373-AG(JCX)
                                   )
10                                 )    LOS ANGELES, CALIFORNIA
     FAIR CREDIT LAWYERS, INC.;    )    JUNE 28, 2007
11   PETER L. RECCHIA, AND DOES 1  )
     TO 10,                        )
12                                 )
             DEFENDANT.            )
13   _____)

14

                              SETTLEMENT
15           BEFORE THE HONORABLE JACQUELINE CHOOLJIAN
                   UNITED STATES MAGISTRATE JUDGE
16

17   APPEARANCES:

     FOR THE PLAINTIFF:            CONSUMER AND TAX LAW OFFICE OF
18                                    ROBERT STEMPLER
                                   BY:  ROBERT STEMPLER
19                                      ATTORNEY AT LAW
                                   3400 INLAND EMPIRE BOULEVARD
20                                 SUITE 101
                                   ONTARIO, CALIFORNIA  91764
21
     FOR DEFENDANTS:               GINO PIETRO
22                                 PETER L. RECCHIA
                                   ATTORNEYS AT LAW
23                                 1605 4TH STREET
                                   SUITE 250
24                                 SANTA ANA, CALIFORNIA  92701

25   PROCEEDINGS RECORDED BY ELECTRONIC SOUND RECORDING;
     TRANSCRIPT PRODUCED BY TRANSCRIPTION SERVICE.

2

1    APPEARANCES:   (CONTINUED)

2    TRANSCRIBER:              DOROTHY BABYKIN
                               COURT HOUSE SERVICES
3                              1218 VALEBROOK PLACE
                               GLENDORA, CALIFORNIA   91740
4                              (626) 963-0566

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          I N D E X

2     CASE NO. ED CV 06-373-AG(JCX)              JUNE 28, 2007

3     HEARING:   SETTLEMENT CONFERENCE.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1          LOS ANGELES, CALIFORNIA; JUNE 28, 2007

2          THE COURT:  ALL RIGHT. WE ARE ON THE RECORD IN

3    PHILIP RANNIS VERSUS FAIR CREDIT LAWYERS, INC., ET AL.

4          PRESENT ON BEHALF OF PLAINTIFF IS PLAINTIFF HIMSELF

5    PETER RECCHIA --

6          MR. STEMPLER:  NO, ON THIS SIDE --

7          THE COURT:  I'M SORRY.  I HAVE THIS WRONG.

8          ON BEHALF OF PLAINTIFF IS PLAINTIFF HIMSELF MR.

9    RANNIS AND COUNSEL ROBERT STEMPLER.

10         ON BEHALF OF DEFENDANT WE HAVE VIA TELEPHONE

11   COUNSEL GINO PIETRO AND IN PERSON PETER RECCHIA.

12         AND I SHOULD NOTE THAT MR. PIETRO AND MR. RECCHIA

13   ALSO ARE HERE ON BEHALF OF MR. RECCHIA AND FAIR CREDIT.

14         MR. RECCHIA:  LAWYERS, INC.

15         THE COURT:  LAWYERS, INC.

16         ALL RIGHT.  THE PARTIES APPEAR TO HAVE -- AGAIN,

17   SUBJECT TO THE PRELIMINARY AND FINAL APPROVAL OF THE COURT

18   AND ANY OTHER APPLICABLE REQUIREMENTS OF FEDERAL RULE 23(E)

19   OF THE FEDERAL RULES OF CIVIL PROCEDURE, PLAINTIFF PHILIP

20   RANNIS ON BEHALF OF HIMSELF AND ALL OTHER SIMILARLY SITUATED

21   AND DEFENDANTS PETER L. RECCHIA AND FAIR CREDIT LAWYERS, INC.

22   HAVE REACHED THE FOLLOWING AGREEMENT RELATIVE TO THE

23   SETTLEMENT OF THIS CASE.

24         1.  DEFENDANT PETER L. RECCHIA AGREES TO PROVIDE TO

25   PLAINTIFF'S COUNSEL BY NO LATER THAN JULY 26TH, 2007 --

1      MR. STEMPLER:  JULY 6TH.

2      THE COURT:  -- JULY 6TH, 2007 A DECLARATION

3  UNDER PENALTY OF PERJURY IN THE FORM DRAFTED BY PLAINTIFF'S

4  COUNSEL AND PROVIDED TO DEFENDANT THIS DATE.

5      THE DRAFT DECLARATION READS AS FOLLOWS.  IT'S

6  ENTITLED "DECLARATION OF PETER L. RECCHIA."

7      "I, PETER L. RECCHIA, DECLARE UNDER PENALTY

8      OF PERJURY UNDER THE LAWS OF THE UNITED STATES

9      PER 28 UNITED STATES CODE SECTION 1746 THAT:

10     (1), THE TOTAL NUMBER OF INDIVIDUALS WHO

11     ENTERED INTO A CONTRACT WITH ME OR WITH MY

12     LAW FIRM FROM DECEMBER 2002 THROUGH THE PRESENT

13     DATE FOR NON-LITIGATION CREDIT IMPROVEMENT OR

14     CREDIT REPAIR AS STATED IN THE COURT'S MAY 23,

15     2007 ORDER GRANTING PARTIAL SUMMARY JUDGMENT IS"

16  BLANK, TO BE FILLED IN BY MR. RECCHIA.

17     PARAGRAPH NUMBER (2):

18     "OF THE TOTAL NUMBER OF INDIVIDUALS WHO

19     ENTERED INTO A CONTRACT WITH ME, OR WITH MY LAW

20     FIRM, FROM DECEMBER 2002 THROUGH THE PRESENT

21     DATE FOR NON-LITIGATION CREDIT IMPROVEMENT OR

22     CREDIT REPAIR AS STATED IN THE COURT'S MAY 23,

23     2007 ORDER GRANTING PARTIAL SUMMARY JUDGMENT,

24     I, OR MY LAW FIRM, RECEIVED PAYMENT ON SUCH

25     CONTRACTS BEFORE SUCH SERVICES WERE FULLY

1   PERFORMED AS FOUND BY THE COURT IN ITS MAY 23,

2   2007 ORDER GRANTING PARTIAL SUMMARY JUDGMENT

3   FROM" A BLANK NUMBER OF INDIVIDUALS.  AGAIN, TO BE

4   COMPLETED BY MR. RECCHIA.

5   (3) OF THE TOTAL NUMBER OF INDIVIDUALS WHO

6   ENTERED INTO A CONTRACT WITH ME OR WITH MY LAW

7   FIRM FROM DECEMBER 2002 THROUGH THE PRESENT

8   DATE FOR NON-LITIGATION CREDIT IMPROVEMENT OR

9   CREDIT REPAIR AS STATED IN THE COURT'S MAY 23,

10  2007 ORDER GRANTING PARTIAL SUMMARY JUDGMENT, I

11  OR MY LAW FIRM RECEIVED PAYMENT ON SUCH CONTRACTS

12  ONLY AFTER SUCH SERVICES WERE FULLY PERFORMED AS

13  FOUND BY THE COURT IN ITS MAY 23, 2007 ORDER

14  GRANTING PARTIAL SUMMARY JUDGMENT FROM" A BLANK

15  NUMBER OF INDIVIDUALS.

16  "AND NO MONEY WHATSOEVER WAS RECEIVED UPFRONT

17  OR BEFORE SUCH SERVICES WERE FULLY PERFORMED

18  AS FOUND BY THE COURT IN ITS MAY 23, 2007 ORDER

19  GRANTING PARTIAL SUMMARY JUDGMENT FROM ANY OF

20  THESE INDIVIDUALS."  AND, AGAIN, THAT BLANK IS TO

21  BE FILLED IN BY MR. RECCHIA.  IT SHOULD REFLECT THE DATE AND

22  A SIGNATURE OF PETER L. RECCHIA.

23  MR. RECCHIA:  AND, YOUR HONOR, FOR CLARIFICATION --

24  THE COURT: MR. RECCHIA IS SPEAKING.

25  MR. RECCHIA:  THANK YOU.

1    -- THAT WILL BE TYPED UP BY MR. STEMPLER AND

2  PROVIDED OVER TO MR. PIETRO.

3          THE COURT:  YES.

4          AND THAT WILL BE DONE BY WHEN, MR. STEMPLER?

5          MR. STEMPLER:  JULY 6TH.

6          THE COURT:  WELL, HE'S GOING TO BE RETURNING IT TO

7  YOU BY JULY 6TH.  BY WHAT DATE CAN YOU JUST HAVE IT TYPED UP

8  AND EITHER EMAILED OR FAXED TO HIM SO THAT HE CAN FILL IT IN.

9          MR. STEMPLER:  JULY 2ND.

10          THE COURT:  JULY 2ND.  ALL RIGHT.

11          THE NUMBER INSERTED INTO THE DECLARATION AT

12  PARAGRAPH 2 OF THE DECLARATION I JUST READ ATTESTS TO THE

13  NUMBER OF CLASS MEMBERS UPON WHICH THE PARTIES AGREE.

14          AND THAT'S PARAGRAPH 2.

15          "THE PARTIES AGREE THAT THE NUMBER INSERTED BY

16  DEFENDANT PETER L. RECCHIA INTO PARAGRAPH 2 OF THE

17  DECLARATION PROVIDED BY PLAINTIFF'S COUNSEL IS THE NUMBER OF

18  CLASS MEMBERS.

19          NEXT.

20          "DEFENDANT PETER L. RECCHIA AGREES TO PAY THE SUM

21  OF $600 PER CLASS MEMBER.  ANY FUNDS FROM THIS POOL NOT

22  DISTRIBUTED TO CLASS MEMBERS, FOR EXAMPLE, BECAUSE THEY OPT

23  OUT OR CANNOT BE LOCATED, SHALL BE PLACED IN A CY-PRES

24  ACCOUNT, AND DISTRIBUTED BY THE THIRD-PARTY ADMINISTRATOR TO

25  THE NATIONAL CONSUMER LAW CENTER.

1         4. "DEFENDANT PETER L. RECCHIA AGREES TO PAY $5,000

2 TO PLAINTIFF CLASS REPRESENTATIVE PHILIP RANNIS.

3         5. "THE COURT SHALL DETERMINE PLAINTIFF'S

4 REASONABLE ATTORNEY'S FEES AND COSTS SUBJECT TO APPEAL.

5         6. "PLAINTIFF WAIVES ANY OTHER DAMAGES AND

6 PREJUDGMENT INTEREST.

7         7. "DEFENDANT FAIR CREDIT LAWYERS, INC. AND PETER

8 L. RECCHIA AGREE TO WAIVE COSTS.

9         8. "DEFENDANT PETER L. RECCHIA AGREES TO PROVIDE TO

10 THE THIRD-PARTY ADMINISTRATOR A LIST OF CLASS MEMBERS AND ANY

11 CONTACT INFORMATION HE HAS FOR SUCH INDIVIDUALS.

12         9. "THE DISSEMINATION OF THE POST OPT-OUT LIST OF

13 CLASS MEMBERS IS TO BE DETERMINED BY THE ASSIGNED DISTRICT

14 JUDGE.

15         10. "DEFENDANT PETER L. RECCHIA RESERVES THE RIGHT

16 TO APPEAL LIABILITY, ATTORNEY'S FEES AND COST ISSUES.

17         11. "DEFENDANT PETER L. RECCHIA WAIVES HIS RIGHT TO

18 APPEAL DAMAGES.

19         12. "PLAINTIFF WILL PREPARE AND PROVIDE TO

20 DEFENDANT'S COUNSEL A DRAFT SETTLEMENT NOTICE TO THE CLASS BY

21 JULY 9, 2007.

22         "DEFENDANTS WILL PROVIDE TO PLAINTIFF'S COUNSEL ANY

23 COMMENTS AND PROPOSED REVISIONS THERETO BY JULY 16, 2007.

24 THE PARTIES SHALL MEET AND CONFER IN AN ATTEMPT TO FINALIZE

25 THE TERMS OF THE NOTICE ON OR BEFORE JULY 23, 2007.

1    "IF THE PARTIES ARE UNABLE TO AGREE UPON THE

2  SETTLEMENT NOTICE, THEY SHALL PREPARE A JOINT STIPULATION AND

3  NOTICE THE MATTER FOR HEARING BEFORE THE ASSIGNED DISTRICT

4  JUDGE PURSUANT TO THE LOCAL RULES.

5    13. "PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE

6  23(E)(2), THE PARTIES SHALL FORTHWITH FILE A STATEMENT WITH

7  THE COURT IDENTIFYING THIS AGREEMENT MADE IN CONNECTION WITH

8  THE PROPOSED SETTLEMENT.

9    14. "THE PARTIES SHALL ALSO FORTHWITH NOTIFY THE

10 ASSIGNED DISTRICT JUDGE OF THE MATTERS CURRENTLY PENDING

11 BEFORE THAT COURT WHICH NO LONGER NEED TO BE RESOLVED BY THE

12 COURT; THOSE MATTERS CURRENTLY PENDING BEFORE THAT COURT

13 WHICH STILL NEED TO BE RESOLVED; AND THOSE MATTERS WITH A

14 PROPOSED SCHEDULE WHICH THE PARTIES ANTICIPATE WILL NEED TO

15 BE SCHEDULED WITH THE COURT IN THE FUTURE."

16    I'M GOING TO ASK EACH OF YOU INDIVIDUALLY.

17    DO YOU AGREE THAT I HAVE ACCURATELY STATED ALL

18 TERMS OF THE PROPOSED SETTLEMENT AGREEMENT TO BE SUBMITTED

19 FOR PRELIMINARY AND FINAL APPROVAL TO THE ASSIGNED DISTRICT

20 JUDGE.

21    MR. RECCHIA.

22    (COUNSEL CONFERRING.)

23    MR. RECCHIA:  THAT'S FINE, YOUR HONOR.

24    THE COURT:  YOU AGREE THAT I'VE ACCURATELY STATED

25 THE TERMS.

1          MR. RECCHIA:  I'M SORRY.  THANK YOU.  YES, I AGREE.

2          THE COURT:  ALL RIGHT.  MR. PIETRO, YOU AGREE?

3          MR. PIETRO:  YES, YOUR HONOR, I AGREE.

4          THE COURT:  MR. STEMPLER.

5          MR. STEMPLER:  YES, I AGREE.

6          THE COURT:  MR. RANNIS.

7          MR. RANNIS:  AGREED.

8          THE COURT:  ALL RIGHT.  AND LET ME JUST CLARIFY FOR

9     THE RECORD, MR. RECCHIA AND MR. PIETRO, YOU'RE STATING YOUR

10    AGREEMENT BOTH ON BEHALF OF MR. RECCHIA AS WELL AS ON BEHALF

11    OF DEFENDANT FAIR CREDIT LAWYERS, INC.

12          DO I HAVE THAT CORRECT, MR. RECCHIA?

13          MR. RECCHIA:  THAT IS CORRECT, YOUR HONOR.

14          THE COURT:  MR. PIETRO.

15          MR. PIETRO:  YES, YOUR HONOR.  AND ON BEHALF OF THE

16    DBA AS WELL, CORRECT?

17          THE COURT:  ON BEHALF OF THE DBA AS WELL, YES.

18          AND YOU AGREE WITH THAT, MR. RECCHIA?

19          MR. RECCHIA:  YES, I DO, YOUR HONOR.

20          THE COURT:  ALL RIGHT.  ANYTHING FURTHER BEFORE WE

21    GO OFF THE RECORD AT THIS TIME?

22          HEARING NOTHING, THIS MATTER IS NOW CONCLUDED.

23          MR. STEMPLER:  THANK YOU, YOUR HONOR.

24          MR. RECCHIA:  THANKS SO MUCH.

25          (PROCEEDINGS CONCLUDED.)

11

1

2              C E R T I F I C A T E

3

4          I CERTIFY THAT THE FOREGOING IS A CORRECT

5   TRANSCRIPT FROM THE ELECTRONIC SOUND RECORDING OF THE

6   PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

7

8

9   _____              8/10/07
                                             _____
10  FEDERALLY CERTIFIED TRANSCRIBER          DATED
    DOROTHY BABYKIN

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25