ORIGINAL

**Robert Stempler**, Cal. Bar No. 160299
Email: StemplerLaw@Gmail.com
CONSUMER AND TAX LAW OFFICE OF
ROBERT STEMPLER, APLC
3400 Inland Empire Boulevard, Suite 101
Ontario, California 91764-5577
Telephone (909) 972-6841
Facsimile (909) 433-2132

**O. Randolph Bragg**, Attorney Admitted *Pro Hac Vice*
Email: Rand@HorwitzLaw.com
HORWITZ, HORWITZ & ASSOC.
25 E. Washington St., Suite 900
Chicago, Illinois 60602
Telephone (312) 372-8822
Facsimile (312) 372-1673

Co-Counsel for Plaintiff PHILIP RANNIS and the Class

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY 14 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PHILIP RANNIS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FAIR CREDIT LAWYERS, INC.; PETER L. RECCHIA; and DOES 1 to 10;<br><br>Defendants. | Case No. EDCV-06-373-AG (JCx)<br><br>JUDGMENT FOLLOWING ~~ORDER GRANTING~~ FINAL APPROVAL OF CLASS SETTLEMENT |

This matter comes before the Court on Plaintiff's Motion for Approval of the Class Action Settlement Agreement. The Court being fully advised in the premises of the proposed Class Settlement,

    A.    Plaintiff Philip Rannis and Defendants Peter L. Recchia and Fair Credit Lawyers, Inc. have entered into a Class Action Settlement Agreement ("Settlement Agreement"), ~~a copy of which is attached hereto, as Exhibit A~~.

- 1 -

B. The Settlement Agreement has been submitted to the Court for approval pursuant to Rule 23(e) of the Federal Rules of Civil Procedure.

C. Pursuant to the Settlement Agreement, defendant Peter L. Recchia will pay $600 as damages to each of the 20 members of the Class, which sum shall be deposited with the Class Administrator. Any amount from this pool of money that is not distributed to class members (e.g. – because they cannot be located or failed to deposit their check from the Class Administrator) shall be distributed by the Class Administrator to the National Consumer Law Center, in Boston, Massachusetts, as "cy pres."

D. Pursuant to the Settlement Agreement defendant Peter L. Recchia will pay $5,000 to plaintiff class representative Philip Rannis.

E. Pursuant to the Settlement Agreement reasonable attorneys' fees and costs shall be determined by the Court.

F. Defendant Peter L. Recchia reserves the right to appeal issues of liability and attorneys fees and costs.

G. The Final Fairness Hearing was held before the undersigned on October 27, 2008 at the Santa Ana Federal Courthouse.

H. Thirty-one persons have opted out of the entire Class of 51 persons who were given notice of the Class Settlement. One objection to the Class Action Settlement Agreement was made.

JUDGMENT IS ENTERED AS FOLLOWS:

~~IT IS HEREBY ORDERED THAT:~~

1. The Settlement Agreement is hereby approved. The Court finds the settlement negotiations were conducted at arms-length and in good faith among counsel for plaintiff and defendant and that the terms of the Settlement Agreement are fair, reasonable and adequate to plaintiff and all class members. In addition to the other factors stated herein, the Court finds the Settlement Agreement to be

particularly fair, adequate, and reasonable in light of the risk of establishing liability and damages, and the expense of further litigation.

2. Plaintiff Philip Rannis and the Class Members who have not opted out of the class and identified above are forever barred and enjoined from initiating or further prosecuting in any forum whatsoever, including but not limited to any Federal, State, or Foreign Court against defendant, its past or present parents, affiliates, subsidiaries, successors, and assigns, and its respective present or former directors, officers, employees or agents, any and all claims that were asserted in this lawsuit. Defendant shall be barred identically from pursuing any claims for relief against plaintiff Philip Rannis or members of the Class arising out of their claims asserted here against defendant.

3. The Bill of Costs entered by the Clerk of the Court on March 12, 2007 (Doc. No. 84) in favor of Defendant Fair Credit Lawyers, Inc. against Plaintiff Philip Rannis is vacated and shall have no force or effect.

4. Defendant Peter L. Recchia shall pay $600 as damages to each of the 20 members of the Class, which sum shall be deposited with the Class Administrator. Any funds from this pool of money that is not distributed to class members (e.g. – because they cannot be located or failed to deposit their check from the Class Administrator) shall be distributed by the Class Administrator to the National Consumer Law Center, in Boston, Massachusetts, as "cy pres."

5. Defendant Peter L. Recchia will pay $5,000 to Plaintiff class representative Philip Rannis.

6. Plaintiff's Counsel shall, no later than 30 days of entry of this Order, file a motion for an award of reasonable attorneys' fees and expenses, which will be determined by the Court.

7. Plaintiff's Counsel shall, no later than 30 days of entry of this Order, file a Bill of Costs, which will be determined by the Clerk of the Court, or by the Court, if a party timely objects or files a motion to retax costs.

8. Defendant Peter L. Recchia shall file any appeal regarding issues of liability within 30 days of the date of this ~~Order~~ Judgment. Defendant may timely appeal any award of attorneys' fees and costs.

IT IS SO ORDERED.

Dated: MAY 14, 2009

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE